# EXHIBIT A

## OFFICE OF THE SECRETARY OF STATE

ALEXI GIANNOULIAS • Secretary of State
December 16, 2025

DEMOCRATS FOR AN INFORMED APPROACH TO GENDER
248 3RD ST UNIT 1316
OAKLAND, CA 94607-4375

RE: DEMOCRACTS FOR AN INFORMED APPROACH TO GENDER

Dear Sir or Madam:

Returned are documents pertaining to the qualification of the above corporation and payment (or NCR account information) in the amount of $50.

Your attention is directed to Article 1. The corporate name shall not contain the words "regular democrat", "regular republican", "democrat", "democratic" or "republican" nor the name of any other established political party, unless consent to usage of such words or name is given to the corporation by the State central committee of such established political party.

It is obvious that California has different laws/statues than Illinois. To get qualified in Illinois, you will need that approval letter from the National Democratic Party, saying it is ok to use "Democrats" in your name.

Should you have any questions or comments on this matter, you may contact this office in writing or by calling the number below.

A copy of this letter must be returned with the revised documents.

Sincerely,

Department of Business Services
Foreign Document Section
501 S. Second St, 3rd Floor
Springfield, IL 62756
800-252-8980
BS/AP