**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Democrats for an Informed Approach to Gender (DIAG), <br><br> Plaintiff, <br><br> v. <br><br> Alexi Giannoulias, in this official capacity as Illinois Secretary of State, <br><br> Defendant. | No. 26 C 894 <br><br> Judge Steven C. Seeger |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**EXTENSION OF TIME TO ANSWER THE COMPLAINT**

Defendant Alexi Giannoulias, the Illinois Secretary of State, moves unopposed for a 30-day extension of time, until March 23, 2026, to answer the complaint, and in support states the following:

1. On January 27, 2026, Plaintiff filed this action, challenging Section 104.05(a)(6) of the Illinois General Not for Profit Corporation Act of 1986, 805 ILCS 105/104.05(a)(6), on First Amendment grounds. Dkt. 1. Plaintiff contemporaneously filed a motion for preliminary injunctive relief. Dkt. 5.

2. Defendant was served on January 30, 2026, and his answer to the complaint is due February 20, 2026. Dkt. 14.

3. On February 10, 2026, this Court set a briefing schedule on Plaintiff's motion for preliminary injunction: Defendant's response is due on March 3, 2026, and Plaintiff's reply is due March 10, 2026. Dkt. 15.

4. Defendant requires additional time to respond to the complaint. Defendant's counsel has prioritized and will be prioritizing responding to Plaintiff's preliminary injunction

motion, which raises novel issues challenging an untested state law. Defendant's counsel also has other time-intensive matters receiving priority in his work schedule. Accordingly, to prioritize meeting Defendant's current deadline to respond to Plaintiff's preliminary injunction motion and accommodate other matters, Defendant requests that this Court extend the answer deadline by 30 days, to March 23, 2026.

5.      Plaintiff's counsel graciously indicated that he does not oppose this request.

6.      No party will be prejudiced by this request.

WHEREFORE, this Court should grant Defendant's motion and extend the time to answer the complaint by 30 days, until March 23, 2026.

Dated: February 19, 2026                    Respectfully submitted,

Aaron T. Dozeman (IL 6308909)               Alexi Giannoulias, the Illinois Secretary of
Senior Assistant Attorney General           State, in his official capacity
Office of the Illinois Attorney General
115 South LaSalle Street                    By:  s/ Aaron T. Dozeman
Chicago, Illinois 60603                          Senior Assistant Attorney General
(312) 814-3000
*Aaron.Dozeman@ilag.gov*

2